**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

U&DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2018

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

August 6, 2018

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street,
New York, New York 10007

BY ECF

Re:   United States v. Ali Hamilton et al.
      15 Cr. 854 (SHS)

Dear Judge Stein:

The government filed Motions *In Limine* in the above referenced case on July 23, 2018. I was under the impression that replies were due August 13, 2018. However, after two co-defendant's filed oppositions to the motions, I reviewed the Docket Sheet. The Docket Sheet is ambiguous about the due date for the defendants' response to the government's *in limine* motions. By this letter, defendant Ali Hamilton respectfully requests permission to file his response by August 10, 2018. The government, by Assistant United States Attorney Karin Portlock, consents to this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

12 Noon or

cc:   AUSA Karin Portlock (by ECF)
      AUSA Jacob Warren (by ECF)
      AUSA Maurene Comey (by ECF)

August 6, 2018
Application granted.
So ordered.
[signature]
SDJ