UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    15 cr. 0854 (SHS)

    - against -

KYLE MULLINGS

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## SENTENCING MEMORANDUM

MARLON G. KIRTON, ESQ.
Attorney for Defendant
KYLE MULLINGS
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
(516) 833-5617 ph

1

# KIRTON LAW FIRM

_____

*Marlon G. Kirton, Esq.*        *Nassau County:*
                                *175 Fulton Avenue, Suite 305*
_____                *Hempstead, New York 11550*
                                *Tel. # (516) 833-5617*
                                *Fax # (516) 833-5620*

May 7, 2019

VIA ELECTRONIC FILING

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Ali Hamilton, 15 cr. 0854 (SHS)*

Dear Judge Stein:

     I represent Kyle Mullings in the above-referenced matter. Mr. Mullings pleaded guilty. His sentencing is May 24, 2019. I have attached letters and other documents in support of the sentencing memorandum submitted by the defense on May 3, 2019.


Sincerely,


s/Marlon G. Kirton
Marlon G. Kirton, Esq.



cc: Maurene Comey, Assistant United States Attorney (via electronic mail).

2